| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Camp, Laurie Smith | 2. Court or Organization<br><br>U.S. District Court - Nebraska | 3. Date of Report<br><br>5/20/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>111 South 18th Plaza<br><br>Suite 3210<br><br>Omaha, NE 68102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Director | Willa Cather Pioneer Memorial |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 24 10 59 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Laurie Smith | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alltel | A | Dividend | K | T | | | | | |
| 2. ConAgra | F | Dividend | P1 | T | | | | | |
| 3. Exxon | B | Dividend | K | T | | | | | |
| 4. GM | A | Dividend | | | Sell | 6/24 | J | A | |
| 5. GE | B | Dividend | L | T | | | | | |
| 6. Hewlett Packard | A | Dividend | J | T | | | | | |
| 7. IBM | A | Dividend | L | T | | | | | |
| 8. Int. Paper | A | Dividend | | | Sell | 9/17 | J | A | |
| 9. Pfizer | C | Dividend | M | T | | | | | |
| 10. Co. Sp. Tax Exempt Bond #11-2018 | A | Interest | J | T | | | | | |
| 11. Wells Fargo Accounts | A | Interest | L | T | | | | | |
| 12. Ameritrade Brokage Account (f/k/a Accutrade - Cash Account) | A | Interest | J | T | | | | | |
| 13. — AIG (American Int'l Group) | A | Dividend | L | T | | | | | |
| 14. — ATK (Alliant Tech Sys.) | A | None | J | T | | | | | |
| 15. — Disney | A | Dividend | L | T | | | | | |
| 16. — Honeywell | B | Dividend | L | T | | | | | |
| 17. — INTC (Intel) | A | Dividend | K | T | | | | | |
| 18. — Boeing (X) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Laurie Smith | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  – Aegon (X) | A | Dividend | J | T | | | | | |
| 20.  – LEN (Class A & B Lennar) | A | Dividend | L | T | | | | | |
| 21.  – LNR Property Corp | A | Dividend | K | T | | | | | |
| 22.  – NSM (Nat'l Semiconducter) | A | None | J | T | | | | | |
| 23.  – TAN (Now Radioshack RSH) | A | Dividend | J | T | | | | | |
| 24.  – WMI (Waste Management) | B | Dividend | K | T | | | | | |
| 25. Linsco/Private Ledger (Federated Account) (Now Wealth Mgmt.) | D | Interest | P1 | T | | | | | |
| 26. Linsco Private Ledger Retirement Plan | B | Interest | N | T | | | | | |
| 27. Delphi | A | Dividend | | | Sell | 2/14 | J | A | |
| 28. Money Judgment in Divorce | G | Interest | P1 | T | Judgment | 12/16 | P1 | | |
| 29. Fidelity Adv. Municipal Income | A | Dividend | | | Buy | 4/17 | M | | |
| 30. Fidelity Adv. Municipal Income | A | Dividend | | | Buy | 5/1 | O | | |
| 31. Fidelity Adv. Municipal Income | A | Dividend | | | Buy | 6/27 | N | | |
| 32. Fidelity Adv. Municipal Income | A | Dividend | | | Sell | 10/9 | O | A | |
| 33. Fidelity Adv. Dividend & Growth | B | Dividend | O | T | Buy | 10/9 | N | | |
| 34. Fidelity Adv. Growth & Income | A | Dividend | O | T | Buy | 10/9 | O | | |
| 35. Fidelity Adv. Mid CapT | | | N | T | Buy | 6/27 | N | | |
| 36. Fidelity Adv. Mid CapT | | | L | T | Buy | 8/01 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Fidelity Adv. Mid CapT | | | M | T | Buy | 3/11 | M | | |
| 38. The Guardian Insur. Annuity | C | Dividend | M | T | Buy | 3/20 | M | | |
| 39. Hartford Mut. Funds Inc. Midcap Fund CLB | A | Dividend | J | T | Buy | 7/31 | J | | |
| 40. Agilent | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| — | Camp, Laurie Smith | 5/18/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

I filed for divorce on January 3, 2000. A decree was entered on April 9, 2002. My former spouse appealed, and the mandate was issued January 28, 2004. The investments listed in a prior disclosure report included my assets, marital assets not yet divided, and assets of ▓▓▓▓▓▓▓▓ With respect to marital assets in the control of my former husband, I relied upon data provided by him prior to divorce proceedings. Any investment item listed on the 2002 disclosure report and not listed on this report would be due to the fact that an asset I believed to be a martial asset in the control of my former husband during the divorce proceeding was ultimately not part of the martial estate distributed (e.g. "TA" and "TRII" stocks thought to be in the Accutrade account as listed on the 3/31/2003 report).

Additional information for VII. Investments and Trusts

30. Fidelity Advisor Funds - Additional Transaction dates (all "Buy") - 5/01, 6/27 & 8/01
31. The Guardian Inst. Annuity - Additional Tranaction date ("Buy") - 5/12
33. Agilent - This stock appears on minor child's brokerage statement. Account controlled by former spouse.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| — | Camp, Laurie Smith | 5/18/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa[████]_____    Date __5/20/04__

NOTE [████] INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)**

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Camp, Laurie Smith | 2. Court or Organization<br><br>U.S. District Court - Nebraska | 3. Date of Report<br><br>4/1/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>111 South 18th Plaza<br>Suite 3210<br>Omaha, NE 68102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Willa Cather Pioneer Memorial |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 APR -6 A 10: 2

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Laurie Smith | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alltel | A | Dividend | K | T | | | | | |
| 2. ConAgra | F | Dividend | P1 | T | | | | | |
| 3. Exxon | B | Dividend | K | T | | | | | |
| 4. GM | A | Dividend | | | Sell | 6/24 | J | A | |
| 5. GE | B | Dividend | L | T | | | | | |
| 6. Hewlett Packard | A | Dividend | J | T | | | | | |
| 7. IBM | A | Dividend | L | T | | | | | |
| 8. Int. Paper | A | Dividend | | | Sell | 9/17 | J | A | |
| 9. Pfizer | C | Dividend | M | T | | | | | |
| 10. Accutrade - Cash Account | A | Interest | J | T | redemption | | | | |
| 11. Co. Sp. Tax Exempt Bond #11-2018 | A | Interest | J | T | | | | | |
| 12. Wells Fargo Accounts | A | Interest | L | T | | | | | |
| 13. Ameritrade Brokage Account | A | Interest | J | T | | | | | |
| 14. — AIG (American Int'l Group) | A | Dividend | L | T | | | | | |
| 15. — ATK (Alliant Tech Sys.) | A | None | J | T | | | | | |
| 16. — Disney | A | Dividend | L | T | | | | | |
| 17. — Honeywell | B | Dividend | L | T | | | | | |
| 18. — INTC (Intel) | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Laurie Smith | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. – Boeing | A | Dividend | J | T | | | | | |
| 20. – Aegon | A | Dividend | J | T | | | | | |
| 21. – LEN (Class A & B Lennar) | A | Dividend | L | T | | | | | |
| 22. – LNR Property Corp | A | Dividend | K | T | | | | | |
| 23. – NSM (Nat'l Semiconducter) | A | None | J | T | | | | | |
| 24. – TAN (Now Radioshack RSH) | A | Dividend | J | T | | | | | |
| 25. – WMI (Waste Management) | B | Dividend | K | T | | | | | |
| 26. Linsco/Private Ledger (Federated Account) (Now Wealth Mgmt.) | D | Interest | P1 | T | | | | | |
| 27. Linsco Private Ledger Retirement Plan | B | Interest | N | T | | | | | |
| 28. Delphi | A | Dividend | | | Sell | 2/14 | J | A | |
| 29. Money Judgment in Divorce | G | Interest | P1 | T | Judgment | 12/16 | | | |
| 30. Fidelity Advisor Funds | E | Dividend | P1 | T | Buy | 4/17 | | | |
| 31. The Guardian Inst. Annuity | C | Dividend | M | T | Buy | 3/20 | | | |
| 32. Hartford Mut. Funds | A | Dividend | B | T | Buy | 7/31 | | | |
| 33. Agilent | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Camp, Laurie Smith | 4/1/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

I filed for divorce on January 3, 2000. A decree was entered on April 9, 2002. ▮▮▮▮▮▮ appealed, and the mandate was issued January 28, 2004. The investments listed in a prior disclosure report included my assets, marital assets not yet divided, and assets of ▮▮▮▮▮▮ With respect to marital assets in the control of ▮▮▮▮▮▮. I relied upon data provided by him prior to divorce proceedings. Any investment item listed on the 2002 disclosure report and not listed on this report would be due to the fact that an asset I believed to be a martial asset in the control of ▮▮▮▮▮▮ during the divorce proceeding was ultimately not part of the martial estate distributed (e.g. "TA" and "TRII" stocks thought to be in the Accutrade account as listed on the 3/31/2003 report).

Additional information for VII. Investments and Trusts

30. Fidelity Advisor Funds - Additional Transaction dates (all "Buy") - 5/01, 6/27 & 8/01
31. The Guardian Inst. Annuity - Additional Tranaction date ("Buy") - 5/12
33. Agilent - This stock appears on ▮▮▮▮▮▮ brokerage statement. Account controlled by ▮▮▮▮▮▮.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Camp, Laurie Smith | 4/1/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _April 1, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544